1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE METLIFE MORTGAGE CONSULTANTS OVERTIME LITIGATION | CASE NO. CV 12-09036-CJC(MLGx) |
| | COLLECTIVE ACTION |
| | **JUDGMENT AND ORDER OF FINAL APPROVAL OF SETTLEMENT AGREEMENT** |
| This Document Relates To: ALL ACTIONS. | |

The Court has received and considered the proposed Joint Stipulation and Settlement Agreement (hereinafter the "Settlement Agreement")[1]; has received and reviewed briefing and evidence as to why the proposed settlement is fair, adequate and in the best interests of the represented class; and has considered all other arguments and submissions in connection with the proposed settlement.

//

---

[1] Undefined capitalized terms used herein have the same meaning ascribed to them in the Settlement Agreement.

JUDGMENT AND ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOW THEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The Settlement Agreement and the terms therein are fair, just, reasonable and adequate as to the settling parties, and is hereby finally approved in all respects.  The parties are hereby directed to perform the terms of the Settlement Agreement.

2.     The Court hereby approves the Settlement as set forth in the Settlement Agreement and finds that the Settlement is fair, adequate, and reasonable and is hereby finally approved in all respects.  The Court makes this finding based on a weighing of the strength of Plaintiffs' claims and Defendants' defenses with the risk, expense, complexity, and duration of further litigation.  The Court also finds that the Settlement is the result of non-collusive arms-length negotiations between experienced counsel representing the interests of the Eligible Plaintiffs and Defendants, after thorough factual and legal investigation. In granting final approval of the Settlement, the Court considered the nature of the claims, the amounts and kinds of benefits paid in settlement, the allocation of settlement proceeds among the Eligible Plaintiffs, and the fact that the Settlement represents a compromise of the Parties' respective positions rather than the result of a finding of liability at trial.  Additionally, the Court finds that the terms of the Settlement have no obvious deficiencies and do not improperly grant preferential treatment to any individual Eligible Plaintiff.  Accordingly, the Court finds that the terms of the Settlement are fair, reasonable, and adequate to the Eligible Plaintiffs.

3.     The Motion for Final Approval is GRANTED, and the Settlement Agreement hereby is APPROVED as fair, reasonable, adequate to the Eligible Plaintiffs. The parties are directed to consummate the Settlement Agreement in accordance with its terms.

JUDGMENT AND ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT

1        4.      The Court hereby enters judgment approving the terms of the Settlement

2  Agreement.

3

4        5.      Without affecting the finality of the Judgment, the Court shall retain

5  jurisdiction of this action for the purpose of resolving any disputes that may arise as to the

6  implementation of the monetary relief terms of the Settlement Agreement.

7

8

9  IT IS SO ORDERED.

10

11

12

DATED: November 19, 2013

13                                 _____

14                              CORMAC J. CARNEY

15                      UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT AND ORDER FOR APPROVAL OF SETTLEMENT AGREEMENT